ALBANY,
Aug. 1834.

The People
v.
Steuben C. P.

CHACE vs. BENHAM and another.

In an action against two defendants, one of them may move to change the venue, where the other has suffered a default.

August 7.

BENHAM, one of the defendants in this cause, moved to change the venue, the other defendant having suffered a default. It was objected by the plaintiff that one defendant cannot move to change the venue, unless the other joins in the application; and 6 Wendell, 508, was cited.

By the Court, NELSON, J. The objection cannot prevail in this case; the defendant, who has suffered a default, has no interest in this motion; he cannot call witnesses on the trial, and therefore the convenience of his witnesses cannot be urged as an objection to the motion; all he can do is to cross-examine the plaintiff's witnesses.

Motion granted.